JOSEPH R. BROWN, JR. *v.* MARY ELLEN
PROPERTIES, INC.

[No. 58, September Term, 1978.]

*Decided October 5, 1979.*

(Opinion unreported, filed July 11, 1978).

The cause was argued before MURPHY, C. J., and SMITH,
ELDRIDGE, COLE and DAVIDSON, JJ.

*Edward S. Digges, Jr.,* and *Edward S. Digges, Sr.,* for
appellant.

*Thomas F. Mudd,* with whom were *Stephen P. Fitzgerald*
and *Mudd, Mudd & Munday, P.A.* on the brief, for appellee.

## O R D E R

The petition for writ of certiorari having been granted and
heard, it is this 5th day of October, 1979

ORDERED, by the Court of Appeals of Maryland, that the
writ of certiorari be, and it is hereby, dismissed with costs,
petition having been improvidently granted.